1
2
3
4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMOTHY LEROY WILLIAMS, | Case No. 2:14-CV-1605 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Timothy Leroy William's *ex parte* motion for submission of exhibits. (ECF No. 19). Defendant Justin Reyes filed an opposition. (ECF No. 20).

Also before the court is plaintiff's motion to withdraw his prior *ex parte* motion for submission. (ECF No. 22). Defendant filed a response of non-opposition to the second motion. (ECF No. 23).

Defendant filed a procedural opposition to plaintiff's *ex parte* submission of additional exhibits after the filing of his response to defendant's motion for summary judgment. (*See* ECF No. 20). In response to the opposition, plaintiff filed a motion to withdraw the previous motion, representing that he had not realized the submission was in violation of local rules. (*See* ECF No. 22). Good cause appears to grant the latter motion, making the earlier motion moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Timothy Leroy William's motion to withdraw (ECF No. 22) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff Timothy Leroy William's *ex parte* motion for submission of exhibits (ECF No. 19) be, and the same hereby is, DENIED as moot.

DATED June 6, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**