# EXHIBIT "A"

## PROPOSED JUDGMENT

# EXHIBIT "A"

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LEROY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01605-JCM-PAL<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY COURT**: This action came to be considered before the Court. The issues have been considered and a decision was rendered on June 15, 2016.

IT IS ORDERED AND ADJUDGED that Defendant's *Motion for Summary Judgment* (ECF No. 15) is GRANTED.

Dated: August 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
ADAM PAUL LAXALT
Attorney General
JOHN L. WARD IV
Deputy Attorney General
Nevada Bar No. 12513
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
(775) 684-1134
Attorneys for Defendant